MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0757 JSW |
| Plaintiff, ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) ) | |
| JAIME ALAGUNA-CASTANEDA, ) ) | |
| Defendant. ) ) | |

    The parties appeared before the Court on October 15, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 15, 2010 to December 9 2010, in light of the need for the defense review discovery and consider a plea offer. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into

1 account the exercise of due diligence.

2     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 15, 2010 to December 9, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 15, 2010 to December 9, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 18, 2010      /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: October 18, 2010      /s/
Shawn Halbert
Assistant Federal Public Defender

SO ORDERED.

DATED: 10/22/10

THE HON. JOSEPH C. SPERO
United States Magistrate Judge