BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Jamie Alaguna-Castaneda

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00757 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BAIL HEARING FROM OCTOBER 25, 2010 TO NOVEMBER 4, 2010 |
| v. | |
| JAMIE ALAGUNA-CASTANEDA, | |
| Defendant. | |

**STIPULATION**

The parties are scheduled to appear before this Court for a bail hearing on October 25, 2010. Defendant has an ICE hold. The USM has requested that the matter be re-calendared. The parties thus request that the matter be continued to a date selected by the defense on which government counsel is also available, which is November 4, 2010. Mr. Alaguna Castaneda has already waived his right to have a bail hearing within five days (not including any intermediate Saturday, Sunday, or legal holiday), pursuant to 18 U.S.C. § 3142(f)(2), and further waives that right until November 4, 2010. The time between the last court appearance and December 9, 2010 has already been excluded

1 under the Speedy Trial Act, so no further exclusion is necessary.

2 SO STIPULATED:

3                                          MELINDA HAAG
                                           United States Attorney
4

5
DATED: October 21, 2010                    _____/s/_____
6                                          PATRICIA SPALETTA
                                           Special Assistant United States Attorney
7

8
DATED:  October 21, 2010                   _____/s/_____
9                                          SHAWN HALBERT
                                           Assistant Federal Public Defender
10

11

12                                  **ORDER**

13     For the reasons stated above and pursuant to the parties' stipulation, the Court finds that the

14 continuance of time for the bail hearing before the duty court from October 25, 2010 to November 4,

15 2010 is warranted and continues the hearing accordingly.

16

17 SO ORDERED.

18

19 DATED:_ 10/22/10 _____          _____
20                                 THE HONOR                      H C. SPERO
                                   United States Magistrate Court
21

22

23

24

25

26