1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ALAGUNA-CASTANEDA
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) No. CR-10-0757 JSW
                                    )
12 |       Plaintiff,                ) **ADMINISTRATIVE MOTION AND**
                                    ) **[PROPOSED] ORDER TO FILE**
13 | vs.                             ) **DECLARATION OF COUNSEL** *EX*
                                    ) ***PARTE* AND UNDER SEAL**
14 | JAIME ALAGUNA-CASTANEDA,       )
                                    )
15 |       Defendant.                )
   |_____ )
16

17        Pursuant to Civil Local Rule 7-11(a), Jaime Alaguna-Castaneda, through undersigned

18 counsel, moves the Court for permission to file the "Declaration of Loren D. Stewart in Support

19 of Motion to Withdraw and for Appointment of CJA Counsel" *ex parte* and under seal. The

20 declaration contains confidential information regarding the nature of the conflict that the Federal

21 Public Defender's Office now has in this case. Public disclosure of this information would result

22 in a breach of attorney-client confidentiality, the disclosure of information learned in privileged

23 attorney-client communications, and could constitute a breach of the Federal Public Defender's

24 //

25 //

26
   ADMIN MOTION AND [PROPOSED] ORDER
   TO FILE DECL. *EX PARTE* AND UNDER
   SEAL, CR-10-0757 JSW              1

Office's ethical obligations to its client(s). Accordingly, Mr. Alaguna-Castaneda requests that the Court permit undersigned counsel to file counsel's declaration *ex parte* and under seal.

Dated: April 6, 2011

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

_____/s/_____
LOREN D. STEWART
Assistant Federal Public Defender

**[PROPOSED] ORDER**

For good cause shown, the Court hereby GRANTS Mr. Alaguna-Castaneda's administrative motion to file the Declaration of Loren D. Stewart *ex parte* and under seal.

**IT IS SO ORDERED.**

_April 7, 2011_
DATE

HON. JEFFREY S. WHITE
United States District Judge

ADMIN MOTION AND [PROPOSED] ORDER
TO FILE DECL. *EX PARTE* AND UNDER
SEAL, CR-10-0757 JSW               2