BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALAGUNA-CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0757 JSW |
| Plaintiff, | **MOTION TO WITHDRAW, REQUEST FOR APPOINTMENT OF CJA COUNSEL, AND [PROPOSED] ORDER** |
| vs. | |
| JAIME ALAGUNA-CASTANEDA, | Court: Hon. Jeffrey S. White |
| | Date: April 21, 2011 |
| Defendant. | Time: 2:00 PM |

The above-captioned case is currently on calendar for a change of plea for April 21, 2011. A legal conflict of interest has arisen such that the Federal Public Defender's Office can no longer represent Mr. Alaguna-Castaneda. Details regarding the conflict are set forth in a concurrently-filed declaration of counsel that is being filed *ex parte* under seal. Because of the nature of the conflict, neither the declaration nor any of its contents should under any circumstances be divulged to the government or to any other person.

The magistrate judge found Mr. Alaguna-Castaneda eligible for appointed counsel based on his financial circumstances when this case began. Mr. Alaguna-Castaneda has been incarcerated throughout the duration of this case and is no more able to afford counsel now than he was when the case began. Undersigned counsel has contacted the administrator of the CJA

MOTION TO WITHDRAW AND FOR CJA
APPOINTMENT, CR-10-0757 JSW           1

Panel, who is aware of the conflict and is in the process of finding panel counsel who will be able to accept an appointment on this case. To safeguard Mr. Alaguna-Castaneda's interests and to minimize the disruption that the change in counsel will cause, the Federal Public Defender's Office respectfully requests that this Court authorize the appointment of CJA counsel forthwith.

Dated: April 6, 2011

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

　　　　　/s/
LOREN D. STEWART
Assistant Federal Public Defender

### [PROPOSED] ORDER

For good cause shown, the Federal Public Defender's Office is relieved as counsel in this case. The Court authorizes the appointment of counsel from the Criminal Justice Act Panel.

**IT IS SO ORDERED.**

April 7, 2011
DATE

HON. JEFFREY S. WHITE
United States District Judge

MOTION TO WITHDRAW AND FOR CJA
APPOINTMENT, CR-10-0757 JSW            2